UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

KAY K. BOURABAH,

                  Plaintiff,        08 Civ. 5693 (LTS)

    -against-                          ORDER TO SHOW CAUSE
                                                      FOR PRELIMINARY INJUNCTION
NEW YORK STATE                       AND TEMPORARY RESTRAINING
DIVISION OF HOUSING               ORDER
AND COMMUNITY RENEWAL,
and SOUTHBRIDGE TOWERS INC.,

                  Defendants.
------------------------------------------------------X

       Upon the affidavits of KAY K. BOURABAH, sworn to the 23rd day of June, 2008, and the affidavit of Robert A. Katz, Esq. sworn to the 26th day of June, 2008, and upon the copy of the compliant hereto annexed, it is, *in court on June 26, 2008, hereby*

       ORDERED, that the above-named defendant show cause before a motion term of this Court, *before Hon. Laura Taylor Swain*, ~~at Room~~ *Courtroom 17C*, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on the ~~26th~~ *3rd* day of ~~June~~ *July*, 2008 at *4* o'clock in the *post* noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant Southbridge Towers, Inc. during the pendency of this action from restoring a motion for summary judgment in Housing Court; and it is further

       ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from _____

_____

_____ ;

and it is further

~~ORDERED, that security in the amount of $_____ be posted by the plaintiff prior to _____, 2008, at _____ o'clock in the _____ noon of that day;~~ and ~~it is further~~

ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before 12:00 noon ~~o'clock in the~~ ~~noon,~~ of June 30, 2008, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: June 26, 2008 3:40 p.M

_____
United States District Judge

PTI