UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KAY K. BOURABAH,

       Plaintiff,

-v-

NEW YORK STATE DIVISION OF
HOUSING AND COMMUNITY RENEWAL and
SOUTHBRIDGE TOWERS, INC.,

       Defendants.

-------------------------------------------------------x

No. 08 Civ. 5693 (LTS)(KNF)

### ORDER

For the reasons stated on the record at the July 3, 2008, hearing, Plaintiff's motion for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure is denied.

SO ORDERED.

Dated:    New York, New York
            July 3, 2008

                                              LAURA TAYLOR SWAIN
                                              United States District Judge