UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
KAY BOURABAH,

                Plaintiff,

-against-

                                            08 CV 05693 (LTS)

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL and
SOUTHBRIDGE TOWERS, INC.

                Defendants.
———————————————————————X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Southbridge Towers Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE

Dated: August 26, 2008
       New York, NY

                                NORRIS MCLAUGHLIN & MARCUS, P.A.

                                By: /s/ Karen Bekker
                                    Dean M. Roberts (DMR-0509)
                                    Karen Bekker (KB-9077)
                               875 Third Avenue
                               18th floor
                               New York, NY 10022
                               Attorneys for Defendant Southbridge Towers, Inc.