UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
KAY BOURABAH,                          :
                                       :
                    Plaintiff,         :
        -against-                      :
                                       :
                                       :   08 CV 05693 (LTS)
NEW YORK STATE DIVISION OF HOUSING     :
AND COMMUNITY RENEWAL and              :
SOUTHBRIDGE TOWERS, INC.               :
                                       :
                    Defendants.        :
_____X

NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND 12(b)(6)

PLEASE TAKE NOTICE that upon the attached Affirmation of Karen Bekker, dated August 26, 2008, the attached exhibits, the accompanying memorandum of law and all prior pleadings and proceedings herein, defendant Southbridge Towers, Inc. will move this Court, at a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for an Order dismissing Plaintiff's claims against it, and for such pther relief as this Court deems just and proper. Responses to the Motion, if any, shall be served upon the undersigned counsel for Southbridge Towers, Inc.

The movant has used its best efforts to resolve this matter, as is required by Judge Swain's individual rules.

Dated: August 26, 2008
     New York, NY

                              NORRIS MCLAUGHLIN & MARCUS, P.A.

                              By: /s/ Karen Bekker
                                  Dean M. Roberts (DMR-0509)
                                  Karen Bekker (KB-9077)
                              875 Third Avenue
                              18th floor
                              New York, NY 10022
                            Attorneys for Defendant Southbridge Towers, Inc.

To: Robert A. Katz
    277 Broadway, Suite 1410
    New York, NY 10007
    Attorney for Plaintiff Kay Bourabah

    Roberta L. Martin
    Assistant Attorney General of the State of New York
    120 Broadway, 24th Floor
    New York, New York 10271
    (212) 416-6696/8610
    Attorney for Defendant Division of Housing and Community Renewal