UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
KAY BOURABAH,                           :
                                        :
              Plaintiff,                :
     -against-                          :
                                        :
                                        :         08 CV 05693 (LTS)
                                        :
NEW YORK STATE DIVISION OF HOUSING      :
AND COMMUNITY RENEWAL and               :
SOUTHBRIDGE TOWERS, INC.                :         **CERTIFICATION OF SERVICE**
                                        :
              Defendants.               :
_____X


I, **KAREN BEKKER, ESQ.,** hereby certify and affirm that I caused true and correct copies of defendant, Southbridge Towers, Inc., Notice of Motion to Dismiss, Affirmation in Support of Motion, Memorandum of Law in Support of Motion and Rule 7.1 Disclosure Statement to be served via First Class Mail on this 26th day of August, 2008, upon the following:

> Robert A. Katz
> 277 Broadway, Suite 1410
> New York, NY 10007
> Attorney for Plaintiff Kay Bourabah

Dated: New York, New York
       August 26, 2008

NORRIS MCLAUGHLIN & MARCUS, P.A.

By: /s/ Karen Bekker
    Dean M. Roberts (DMR-0509)
    Karen Bekker (KB-9077)
  875 Third Avenue
  18th floor
  New York, NY 10022
Attorneys for Defendant Southbridge Towers, Inc.