```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

KAY BOURABAH,
                                            08 Cv. 5693(LTS)
                Plaintiff,

        -against-                    NOTICE OF APPEARANCE

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL and
SOUTHBRIDGE TOWERS, INC.,

                Defendants.

----------------------------------X
```

PLEASE TAKE NOTICE that defendant, New York State Division of Housing and Community Renewal, does hereby appear by the undersigned, whose address and telephone number are as set forth below.  This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated:   New York, New York
         August 26, 2008

                            ANDREW M. CUOMO
                            Attorney General of the
                             State of New York
                            Attorney for State Defendant
                            By:


                            /s/ Roberta Martin
                            ROBERTA L. MARTIN(RM-7044)
                            Assistant Attorney General
                            120 Broadway
                            New York, NY 10271
                            (212) 416-6696

To:   Robert Katz, Esq.
<u>Attorney for Plaintiff</u>
277 Broadway, Ste. 1410
New York, N.Y. 10007

Norm Roberts, Esq.
<u>Attorney for Defendant</u>
<u>SouthBridge Towers, Inc.</u>
Norris, McLaughlin & Marcus, PA
875 Third Avenue, 18th Floor
New York, N.Y. 10022